# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SERGANT CAULFIELD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-557** |
| **TERRY TERRELL, ALLEN CORRECTIONAL CENTER** | **SECTION "A"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Sergant Caulfield for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___31___ day of ___October___, 2014.

_____
UNITED STATES DISTRICT JUDGE